Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI230002443
Transaction ID: 0019717285
Filing Date: 03/29/2023 02:44:47 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| **SIGNA DEVELOPMENT SERVICES, INC.**, a Nebraska corporation d/b/a **AMSPORT USA**, | ) ) ) ) | Case No. _____ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **COMPLAINT** |
| **AMERICAN INTERNATIONAL MATERIALS, LLC**, a Delaware limited liability company, and **ATOKA INTERNATIONAL, LLC**, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**COMES NOW** the Plaintiff, SIGNA DEVELOPMENT SERVICES, INC., a Nebraska corporation d/b/a AMSPORT USA, by and through its attorney, James R. Place, Place Law Office, Montana Building, 2813 South 87th Avenue, Omaha, Nebraska 68124, and for its causes of action against the Defendants, AMERICAN INTERNATIONAL MATERIALS, LLC, a Delaware limited liability company, and ATOKA INTERNATIONAL, LLC, a Delaware limited liability company, and each one of them, Plaintiff alleges and states as follows:

### PARTIES

1. That Plaintiff, SIGNA DEVELOPMENT SERVICES, INC., a Nebraska corporation d/b/a AMSPORT USA (hereinafter "Signa"), at all times pertinent hereto, was and is a corporation existing under the laws of the State of Nebraska and conducting, operating and transacting business in Nebraska.

2. That Defendant, AMERICAN INTERNATIONAL MATERIALS, LLC, a Delaware limited liability company (hereinafter "AIM"), at all times pertinent hereto, was and is a limited liability company existing under the laws of the State of Delaware and conducting, operating and transacting

business in Nebraska.
3. That Defendant, ATOKA INTERNATIONAL, LLC, a Delaware limited liability company (hereinafter "Atoka"), at all times pertinent hereto, was and is a limited liability company existing under the laws of the State of Delaware and conducting, operating and transacting business in Nebraska.

## JURISDICTION AND VENUE

4. That personal and subject matter jurisdiction is proper pursuant to *Neb. Rev. Stat. § 25-414*.
5. That venue is proper pursuant to *Neb. Rev. Stat. § 25-403.01*.

## FACTUAL ALLEGATIONS

6. That in or around July 2021, Signa, AIM and Atoka entered into an agreement for the sourcing and commercial selling of sport-hunting ammunition into the North American (US and Canada) market. AIM and Atoka worked collectively as AIM.
7. That starting in October 2021, AIM began importing and transporting ammunition and Signa received, warehoused and sold said ammunition.
8. That pursuant to the agreement, Signa and AIM would split profits 50/50 after reimbursable expenses. Signa would be reimbursed for the following expenses: warehousing, packing, shipping/delivery, and financing expenses. AIM would be reimbursed for the following expenses: importing (water/air), domestic transportation, and taxes.
9. That to-date, Signa has prepaid $2,499,686.90 to AIM for ammunition loads to be imported and sold to customers.
10. That to-date, Signa has accumulated $574,329.20 in reimbursable expenses.
11. That in or around March 2023, Signa learned that AIM was not exclusively importing certain ammunition loads and may have been inflating importing and transportation expenses. In addition, Signa learned that AIM was not properly accounting for ammunition loads and not properly distributing profits to Signa.
12. That Signa has not been reimbursed for expenses pursuant to the agreement.
13. That Signa has not received 50% of profits from the sale of ammunition pursuant to the agreement.

14. That despite Signa requesting an accounting from AIM, AIM has refused to provide documentation.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### (Accounting)

**COMES NOW** Signa and incorporates Paragraphs 1-13 as fully set forth herein. In addition, Signa alleges and states as follows:

15. That AIM and/or Atoka has in their possession and under their control monies of Signa and an account for said monies is incapable of being calculated or reconciled without a full and complete accounting.
16. That as a result of the actions of AIM and Atoka, and due to the nature, diversity and complexity of the transactions involved herein, a true accounting and adjustment of the financial obligations of the Parties cannot be ascertained without a full and complete accounting.

**WHEREFORE**, Signa prays for a full accounting of all monies of AIM and Atoka and for a judgment against AIM and Atoka, and each of them, in the amount of $574,329.20, plus costs of this action; reasonable attorney fees and for such other and further relief as the Court may deem just and proper.

### SECOND CAUSE OF ACTION
### (Declaratory Judgment)

**COMES NOW** Signa and incorporated Paragraphs 1-15 as fully set forth herein. In addition, Signa alleges and states as follows:

17. That Signa seeks a declaration by the Court of the nature of the relationship of the Parties and the respective duties and obligations, if any.

**WHEREFORE** Signa prays for a declaratory judgment of the nature of the relationship of the Parties and the respective duties and obligations, if any; for a full accounting of all monies of AIM and Atoka and for a judgment against AIM and Atoka, and each of them, in the amount of $574,329.20, plus costs of this action; reasonable attorney fees and for such other and further relief as the Court

may deem just and proper.

DATED the 29 day of MARCH, 2023.

SIGNA DEVELOPMENT SERVICES,
INC., a Nebraska corporation d/b/a
AMSPORT USA, Plaintiff,

By: _____

James R. Place, #13343
PLACE LAW OFFICE
Montana Building
2813 South 87th Avenue
Omaha, Nebraska 68124
T: (402) 399-9200
F: (402) 399-9220
E: plo@placelawoffice.com
*Attorney for Plaintiff*