| SKU | Total (bx) | Rounds |
|---|---|---|
| PRVI-556-M19355fmj-20 | 11425 | 228,500 |
| PRVI-762x39-123FMJ-15 | 5478 | 82,170 |
| PRVI-9MM-124FMJ-50 | 45781 | 2,289,050 |
| **Grand Total** | **62684** | |

**EXHIBIT E**

| SKU | Pallet No. | Balance | owner | LOCA |
|---|---|---|---|---|
| PRVI-556-M19355fmj-20 | O-051 | 325 | Signa | SR10 |
| PRVI-556-M19355fmj-20 | O-828 | 1400 | Signa | 22-B01 |
| PRVI-556-M19355fmj-20 | O-829 | 700 | Signa | 22-B02 |
| PRVI-556-M19355fmj-20 | O-831 | 3000 | Signa | 22-A02 |
| PRVI-556-M19355fmj-20 | O-832 | 3000 | Signa | 22-A03 |
| PRVI-556-M19355fmj-20 | O-835 | 3000 | Signa | 28-B03 |
| PRVI-762x39-123FMJ-15 | O-052 | 158 | Signa | SR10-B02 |
| PRVI-762x39-123FMJ-15 | O-830 | 3360 | Signa | 22-A01 |
| PRVI-762x39-123FMJ-15 | O-833 | 1960 | Signa | 24-B02 |
| PRVI-9MM-124FMJ-50 | 500 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 501 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 502 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 503 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 504 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 505 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 506 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 507 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 508 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 509 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 510 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 511 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 512 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 513 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 514 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 515 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 516 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 517 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 518 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 519 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 520 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 521 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 522 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 523 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 524 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 525 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 526 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 527 | 1280 | Signa | WF |
| PRVI-9MM-124FMJ-50 | 528 | 1100 | Signa | 17-A01 |
| PRVI-9MM-124FMJ-50 | 530 | 1280 | Signa | 17-B01 |
| PRVI-9MM-124FMJ-50 | 531 | 1280 | Signa | 17-B02 |
| PRVI-9MM-124FMJ-50 | 532 | 1280 | Signa | 17-B03 |
| PRVI-9MM-124FMJ-50 | 533 | 1280 | Signa | 17-C01 |
| PRVI-9MM-124FMJ-50 | 534 | 1280 | Signa | 17-C02 |
| PRVI-9MM-124FMJ-50 | 535 | 1280 | Signa | 17-C03 |
| PRVI-9MM-124FMJ-50 | O-79 | 81 | Signa | SR10-B01 |
| PRVI-9MM-124FMJ-50 | O-834 | 1080 | Signa | 24-B03 |

**EXHIBIT E**